AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
MATTHEW JONES

Case No: 1:06CR0085
USM No: 30854-160
JAMES MCDONNELL
Defendant's Attorney

Date of Previous Judgment: 08/15/2006
(Use Date of Last Amended Judgment if Applicable)

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96__ months is reduced to __78 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 77 to 96 months | Amended Guideline Range: | 63 to 78 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __08/15/2006__ shall remain in effect.
IT IS SO ORDERED.

Order Date: 07/15/2008

*Christopher A. Boyko*
Judge's signature

Effective Date: ____
(if different from order date)

Judge Christopher A. Boyko
United States District Court

FILED
JUL 16 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND